IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LEMUEL L. COLE,

     Appellant,

v.

MONICA STINSON AAG,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3709

_____/

Opinion filed August 9, 2017.

An appeal from the Circuit Court for Leon County.
John Cooper, Judge.

Lemuel L. Cole, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Carrol Y. Cherry, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, MAKAR, and JAY, JJ., CONCUR.